IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:07cr124LG-RHW

JIM DAVIS HULL, PAMELA HULL,
JACQUALINE CRAWLEY and CHENIQUA ELLIS

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses counts one (1) through four (4) and six (6) through eighteen (18) of the Criminal Indictment against the defendants, JIM DAVIS HULL, PAMELA HULL, and JACQUALINE CRAWLEY; and dismisses the entire Criminal Indictment against CHENIQUA ELLIS, all without prejudice.

STAN HARRIS
Acting United States Attorney

Date: June 26, 2009    s/ *J. Scott Gilbert*
  By: J. SCOTT GILBERT
  Assistant United States Attorney
  Mississippi Bar No. 102123

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 29th day of June, 2009.

*s/ Louis Guirola, Jr.*
UNITED STATES DISTRICT JUDGE